Juan Davila
Case No. HS-HQ-00707-2022

and Hispanic)[1], and reprisal (prior EEO activity) when on November 5, 2021, he was terminated by Responsible Management Official Joseph Kenney."

## III. DESCRIPTION OF THE INVESTIGATION

Places of Investigation:          Investigation conducted by telephone

Dates of Investigation:           March 18, 2022 – May 2, 2022

Date ROI Submitted:               May 24, 2022

## IV. SUMMARY OF INVESTIGATION

**Juan Davila** (National Origin: Hispanic/Mexican American; Reprisal: prior EEO activity), hereinafter "Complainant," states he was a Special Agent, GS-13 for a month prior to his termination on November 5, 2021. He states he was assigned to the DHS, COVID Fraud Unit under Investigations in Washington, D.C. He relays that during his employment, Joseph Chad Kenney, Assistant Special Agent in Charge (ASAC) was his first-line supervisor, and Rachel Neil, Special Agent in Charge (SAC) was his second-line supervisor. He states he does not know whether SAC Neil and ASAC Kenney know his national origin. He reports he participated in protected activity when he filed an EEO complaint on July 15, 2020, against the former Deputy Assistant Inspector General for DHS Field Operations, James Kirk Beauchamp for discrimination based on his national origin. He asserts his termination was based on retaliation by ASAC Kenney and Mr. Beauchamp. He relays Mr. Beauchamp learned about his complaint when Mr. Beauchamp was interviewed by the EEO Counselor on July 29, 2020. He states he does not know how or when ASAC Kenney learned about his prior EEO complaint. (Exhibit F-1a)

**Joseph Kenneth** (National Origin: American) states he has been a Supervisory Criminal Investigator, GS-14 since June 2021. He states he is assigned to DHS, Office of Inspector General (OIG), Investigations, Major Frauds and Corruption Unit in Alexandria, VA. He names SAC Neil as his first-line supervisor and Assistant Inspector General of Investigations (AIG), James Izzard as his second-line supervisor. He relays he was Complainant's first-line supervisor in November 2021. He states he does not know Complainant's national origin or whether Complainant has prior EEO activity. (Exhibit F-1c)

**Rachel Neil** (National Origin: American) states she has been a Special Agent in Charge, GS-15 since July 2021. She states she is assigned to DHS, Office of Inspector General, Office of Investigations, Headquarters Operations Division, Major Frauds and Corruption Unit in Washington, D.C. She names Acting Director of Field Operations, Karen Jordan as her first-line supervisor and AIG Izzard as her second-line supervisor. She states she was Complainant's second-line supervisor in November 2021. She reports she does not know Complainant's national origin and whether he has prior EEO activity. (Exhibit F-1d)

---

[1] The formal also listed a basis of race Hispanic. Hispanic is an ethnicity and has been captured under national origin.